No. D–1518.  IN RE DISBARMENT OF GOUIRAN.  Disbarment entered.  [For earlier order herein, see 513 U. S. 1189.]

No. D–1521.  IN RE DISBARMENT OF WILSON.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1012.]

No. D–1522.  IN RE DISBARMENT OF MITCHELL.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1012.]

No. D–1524.  IN RE DISBARMENT OF CARSON.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1013.]

No. D–1525.  IN RE DISBARMENT OF HANDY.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1013.]

No. 120, Orig.  NEW JERSEY *v.* NEW YORK.  Report of the Special Master received and ordered filed.  Motion of the City of New York to intervene as a party defendant denied.  [For earlier order herein, see, *e. g., ante*, p. 1013.]

No. 94–12.  SEMINOLE TRIBE OF FLORIDA *v.* FLORIDA ET AL. C. A. 11th Cir.  [Certiorari granted, 513 U. S. 1125.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–1340.  CITIZENS BANK OF MARYLAND *v.* STRUMPF. C. A. 4th Cir.  [Certiorari granted, *ante*, p. 1035.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–7492.  ROBINSON *v.* UNITED STATES.  C. A. D. C. Cir. [Certiorari granted, *ante*, p. 1062.]  Motion for appointment of counsel granted, and it is ordered that David B. Smith, Esq., of Alexandria, Va., be appointed to serve as counsel for petitioner in this case.